**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 14-10673-TPA |
| | : | |
| Nathan Charles Brown and | : | Chapter 13 |
| April Christine Brown, | : | |
|     Debtors, | : | |
| _____ | : | Related to Docket No: |
| Nathan Charles Brown, | : | |
|     Movant, | : | Hearing Date and Time: |
| | : | |
|     vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|     Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Clarissa Bayhurst, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Order Employing Special Counsel** by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **September 21, 2016**        By:    /s/ *Clarissa Bayhurst*
                                                                               CLARISSA BAYHURST, PARALEGAL
                                                                               FOSTER LAW OFFICES
                                                                               PO Box 966
                                                                               Meadville, PA 16335
                                                                               Tel 814-724-1165
                                                                               Fax 814-724-1158

MAILING MATRIX

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

Anesthesia Consultants of Erie
232 West 25th Street
Erie, PA 16544-0002

April Christine Brown
9127 Dover Lane
Girard, PA 16417-9615

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Central Credit / Penn Credit Corporation
Attn: Bankruptcy
Po Box 988
Harrisburg, PA 17108-0988

Creditech / Cbalv
Attn: Collections
Po Box 99
Bangor, PA 18013-0099

Enhanced Recovery Corporation
Attention: Client Services
8014 Bayberry Road
Jacksonville, FL 32256-7412

Erie Federal Credit Union
1109 East 38th Street
Erie, PA 16504-1845

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107-0145

AES / PNC Bank
Aes / Ddb
Po Box 8183
Harrisburg, PA 17105-8183

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

BANK OF AMERICA, N.A.
2380 Performance Dr.
Richardson, TX 75082-4333

Nathan Charles Brown
527 Memory Court
Girard, PA 16417-9560

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Comenity Bank / Victoria Secret
220 West Schrock Road
Westerville, OH 43081-2873

Ctech Collection
5505 Nesconset Highway
Mount Sinai, NY 11766-2037

Erie Community Credit Union
c/o Carol F. Messenger, Payment Solution
1129 State Street
Erie, PA 16501-1911

Federal Loan Service
Po Box 69184
Harrisburg, PA 17106-9184

Aes / Wells Fargo
Po Box 2461
Harrisburg, PA 17105-2461

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

Bank of America
Attn: Correspondence Unit
CA6-919-02-41
PO Box 5170
Simi Valley, CA 93062-5170

CERASTES, LLC
C O WEINSTEIN, PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Cbj Credit Recovery
117 West 4th Street
Jamestown, NY 14701-5005

Commercial Acceptance
2 West Main Street
Shiremanstown, PA 17011-6326

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

Erie Community Federal Credit Union
1129 State Street
Erie, PA 16501-1911

First Energy
Revenue Assurance
1310 Fairmont Avenue
Fairmont, WV 26554-3526

GE Capital Retail Bank / Care Credit
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

Imagine / FBOFD
Card Services
Po Box 105824
Atlanta, GA 30348-5824

Andrew M. Lubin
Milstead & Associates
1 East Stow Road
Marlton, NJ 08053-3118

North American Partners in Anesthesia PA
PO Box 275
Glen Head, NY 11545-0275

Penelec
First Energy Corp.
331 Newman Springs Road
Building 3
Red Bank, NJ 07701-5688

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Saint Vincent Health Center
232 West 25th Street
Erie, PA 16544-0001

The Bank of New York Mellon
c/o Bank of America, N.A.
Attn: Bankruptcy Dept.
400 National Way
Mail Stop CA6-919-01-23
Simi Valley, CA 93065-6414

US DEPT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON WI 53708-8973

Us Department of Vets
Po Box 11930
Saint Paul, MN 55111-0930

Joshua I. Goldman
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

National Fuel
1100 State Street
Erie, PA 16501-1912

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Saint Vincent Institute
3530 Peach Street
LL 1
Erie, PA 16508-2768

The Bank of New York Mellon, f/k/a, the
Serviced by Select Portfolio Servicing,
3815 South West Temple
Salt Lake City, UT 84115-4412

Us Department Of Education
Attn: Bankruptcy
Po Box 16448
Saint Paul, MN 55116-0448

Matthew Christian Waldt
Milstead & Associates, LLC
1 East Stow Road
Marlton, NJ 08053-3118

IC Systems, Inc.
Attn: Bankruptcy
444 Highway 96 East
PO Box 64378
St. Paul, MN 55164-0378

Kohls / Capone
Po Box 3115
Milwaukee, WI 53201-3115

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Premier Bankcard/Charter
P.O. Box 2208
Vacaville, CA 95696-8208

SELECT PORTFOLIO SERVICING, INC
3815 South West Temple
Salt Lake City, UT 84115-4412

T-Mobile
Po Box 650700
Bellevue, WA 98015

Grant C. Travis
102 Lorna Lane
Edinboro, PA 16412-2506

Us Department Of Education / Glelsi
Po Box 7860
Madison, WI 53707-7860

West Ridge Family Dental
5712 West Ridge Road
Erie, PA 16506-1014

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702