**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No: 14-10673-TPA |
|  | : |  |
| **Nathan Brown and** | : |  |
| **April Brown,** | : |  |
|  | : |  |
| Vs. | : |  |
|  | : |  |
| **Bank of America,** | : |  |
| *Movant(s),* | : |  |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**      **Bank of America**
**Incorrect Address:**  **PO Box 5170 Simi Valley, CA 93062**

**Correct Address:**    **PO Box 31785 Tampa, FL 33631**

Respectfully Submitted,

Date: <u>October 5, 2016</u>         /s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors