Form 213

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Nathan Charles Brown**
**April Christine Brown**
   Debtor(s)

Bankruptcy Case No.: 14–10673–TPA
Related to Docket No. 148
Chapter: 13
Docket No.: 149 – 148
Concil. Conf.: January 24, 2017 at 10:30 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **January 5, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 17, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 24, 2017** at **10:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 21, 2016

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-10673-TPA
Nathan Charles Brown                                                      Chapter 13
April Christine Brown
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1         User: jmar              Page 1 of 2           Date Rcvd: Nov 21, 2016
                             Form ID: 213            Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
```
db              #+Nathan Charles Brown,    527 Memory Court,     Girard, PA 16417-9560
jdb              +April Christine Brown,    9127 Dover Lane,     Girard, PA 16417-9615
cr               +BANK OF AMERICA, N.A.,    2380 Performance Dr.,     Richardson, TX 75082-4333
sp               +Grant C. Travis,    102 Lorna Lane,    Edinboro, PA 16412-2506
sp               +Grant Yochim,    Steadman Law Office PC,    24 Main Street,    P.O. Box 87,
                   Girard, PA 16417-0087
cr              #+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13869410         +AES / PNC Bank,    Aes / Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13876141        ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
                   Arlington TX 76096)
13869411         +Aes / Wells Fargo,    Po Box 2461,    Harrisburg, PA 17105-2461
13880500         +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                   Arlington, TX 76096-3853
13869412         +Anesthesia Consultants of Erie,    232 West 25th Street,     Erie, PA 16544-0002
13869413         +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
13931751          Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13869415         +Central Credit / Penn Credit Corporation,    Attn: Bankruptcy,    Po Box 988,
                   Harrisburg, PA 17108-0988
13869416         +Comenity Bank / Victoria Secret,    220 West Schrock Road,     Westerville, OH 43081-2873
13869418         +Creditech / Cbalv,    Attn: Collections,    Po Box 99,    Bangor, PA 18013-0099
13869419         +Ctech Collection,    5505 Nesconset Highway,     Mount Sinai, NY 11766-2037
14114084          ECMC,    PO BOX 16408,    ST.PAUL, MN 55116-0408
13928874         +Erie Community Credit Union,    c/o Carol F. Messenger, Payment Solution,    1129 State Street,
                   Erie, PA 16501-1911
13869421         +Erie Community Federal Credit Union,    1129 State Street,     Erie, PA 16501-1911
13869423         +Federal Loan Service,    Po Box 69184,    Harrisburg, PA 17106-9184
13869425         +First Premier Bank,    3820 North Louise Avenue,     Sioux Falls, SD 57107-0145
13869427         +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13869429         +Imagine / FBOFD,    Card Services,    Po Box 105824,    Atlanta, GA 30348-5824
13869432         +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13869433         +North American Partners in Anesthesia PA,    PO Box 275,     Glen Head, NY 11545-0275
13880555         +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13921681         +Penelec,    First Energy Corp.,    331 Newman Springs Road,    Building 3,
                   Red Bank, NJ 07701-5688
13869434         +Saint Vincent Health Center,    232 West 25th Street,     Erie, PA 16544-0001
13869435         +Saint Vincent Institute,    3530 Peach Street,    LL 1,    Erie, PA 16508-2768
13869436          T-Mobile,    Po Box 650700,    Bellevue, WA 98015
13941975         +The Bank of New York Mellon,    c/o Bank of America, N.A.,    Attn: Bankruptcy Dept.,
                   400 National Way,    Mail Stop CA6-919-01-23,    Simi Valley, CA 93065-6414
14087802         +The Bank of New York Mellon, f/k/a, the,    Serviced by Select Portfolio Servicing,,
                   3815 South West Temple,    Salt Lake City, UT 84115-4412
13896300          US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
13869437         +Us Department Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
13869438         +Us Department Of Education / Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13869439         +Us Department of Vets,    Po Box 11930,    Saint Paul, MN 55111-0930
13869440         +West Ridge Family Dental,    5712 West Ridge Road,     Erie, PA 16506-1014
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13874746          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2016 02:33:04
                   American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                   Oklahoma City, OK  73124-8848
13896394         +E-mail/Text: bncmail@w-legal.com Nov 22 2016 02:30:11       CERASTES, LLC,
                   C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13870768         +E-mail/Text: bankruptcy@cavps.com Nov 22 2016 02:30:23       Cavalry SPV I, LLC,
                   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13869414         +E-mail/Text: matthartweg@cbjcredit.com Nov 22 2016 02:30:44       Cbj Credit Recovery,
                   117 West 4th Street,    Jamestown, NY 14701-5005
13869420         +E-mail/Text: bknotice@erccollections.com Nov 22 2016 02:30:05       Enhanced Recovery Corporation,
                   Attention: Client Services,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
13869422         +E-mail/Text: kthomas@eriefcu.org Nov 22 2016 02:29:23       Erie Federal Credit Union,
                   1109 East 38th Street,    Erie, PA 16701-1845
13869424         +E-mail/Text: bankruptcy@firstenergycorp.com Nov 22 2016 02:30:02       First Energy,
                   Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
13869426         +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2016 02:32:36
                   GE Capital Retail Bank / Care Credit,    Attn: Bankruptcy,    Po Box 103104,
                   Roswell, GA 30076-9104
13869428         +E-mail/Text: bankruptcy@icsystem.com Nov 22 2016 02:30:31       IC Systems, Inc.,
                   Attn: Bankruptcy,    444 Highway 96 East,    PO Box 64378,    St. Paul, MN 55164-0378
13936408          E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 22 2016 02:30:19       Jefferson Capital Systems LLC,
                   Po Box 7999,    Saint Cloud Mn 56302-9617
13869430         +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 22 2016 02:29:13       Kohls / Capone,
                   Po Box 3115,    Milwaukee, WI 53201-3115
```

```
District/off: 0315-1                User: jmar                    Page 2 of 2                    Date Rcvd: Nov 21, 2016
                                    Form ID: 213                  Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13869431        +E-mail/Text: Bankruptcy@natfuel.com Nov 22 2016 02:29:59      National Fuel,    1100 State Street,
                 Erie, PA 16501-1912
13894950        +E-mail/Text: csidl@sbcglobal.net Nov 22 2016 02:30:29      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13881459         E-mail/Text: bnc-quantum@quantum3group.com Nov 22 2016 02:29:24
                 Quantum3 Group LLC as agent for,    CF Medical LLC,   PO Box 788,    Kirkland, WA  98083-0788
13885786         E-mail/Text: bnc-quantum@quantum3group.com Nov 22 2016 02:29:25
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon
cr              The Bank of New York Mellon fka The Bank of of New
cr*            +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,    Arlington, TX 76096-3853
cr*             ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
13869417       ##+Commercial Acceptance,    2 West Main Street,   Shiremanstown, PA 17011-6326
                                                                                 TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon fka The Bank of of New York
               alubin@milsteadlaw.com,   bkecf@milsteadlaw.com
              Daniel P. Foster    on behalf of Joint Debtor April Christine Brown dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Nathan Charles Brown dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    The Bank of New York Mellon fka The Bank of of
               New York mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```