Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Nathan Charles Brown** | : | Case No. 14−10673−TPA |
| **April Christine Brown** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this **6th day of January, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 14-10673-TPA
Nathan Charles Brown                                                Chapter 13
April Christine Brown
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-1          User: jmar                  Page 1 of 2                  Date Rcvd: Jan 06, 2017
                              Form ID: 309                Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2017.
db            #+Nathan Charles Brown,    527 Memory Court,    Girard, PA 16417-9560
jdb            +April Christine Brown,   9127 Dover Lane,    Girard, PA 16417-9615
sp             +Grant C. Travis,   102 Lorna Lane,    Edinboro, PA 16412-2506
sp             +Grant Yochim,   Steadman Law Office PC,    24 Main Street,    P.O. Box 87,
                 Girard, PA 16417-0087
13869410       +AES / PNC Bank,    Aes / Ddb,   Po Box 8183,    Harrisburg, PA 17105-8183
13869411       +Aes / Wells Fargo,   Po Box 2461,    Harrisburg, PA 17105-2461
13880500       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13869412       +Anesthesia Consultants of Erie,    232 West 25th Street,    Erie, PA 16544-0002
13869413       +Bank of America,   PO Box 31785,    Tampa, FL 33631-3785
13869415       +Central Credit / Penn Credit Corporation,    Attn: Bankruptcy,    Po Box 988,
                 Harrisburg, PA 17108-0988
13869418       +Creditech / Cbalv,    Attn: Collections,    Po Box 99,   Bangor, PA 18013-0099
13869419       +Ctech Collection,    5505 Nesconset Highway,    Mount Sinai, NY 11766-2037
14114084        ECMC,   PO BOX 16408,    ST.PAUL, MN 55116-0408
13928874       +Erie Community Credit Union,    c/o Carol F. Messenger, Payment Solution,    1129 State Street,
                 Erie, PA 16501-1911
13869421       +Erie Community Federal Credit Union,    1129 State Street,    Erie, PA 16501-1911
13869423       +Federal Loan Service,    Po Box 69184,   Harrisburg, PA 17106-9184
13869429       +Imagine / FBOFD,   Card Services,    Po Box 105824,    Atlanta, GA 30348-5824
13869432       +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13869433       +North American Partners in Anesthesia PA,    PO Box 275,    Glen Head, NY 11545-0275
13880555       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
13921681       +Penelec,   First Energy Corp.,    331 Newman Springs Road,    Building 3,
                 Red Bank, NJ 07701-5688
13869434       +Saint Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
13869435       +Saint Vincent Institute,    3530 Peach Street,   LL 1,    Erie, PA 16508-2768
13869436        T-Mobile,   Po Box 650700,    Bellevue, WA 98015
14336362        The Bank of New York Mellon,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14087802       +The Bank of New York Mellon, f/k/a, the,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,   Salt Lake City, UT 84115-4412
13896300        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,   MADISON WI 53708-8973
13869437       +Us Department Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
13869438       +Us Department Of Education / Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13869439       +Us Department of Vets,    Po Box 11930,   Saint Paul, MN 55111-0930
13869440       +West Ridge Family Dental,    5712 West Ridge Road,    Erie, PA 16506-1014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: BANKAMER.COM Jan 07 2017 00:58:00       BANK OF AMERICA, N.A.,    2380 Performance Dr.,
                 Richardson, TX 75082-4333
13876141        EDI: PHINAMERI.COM Jan 07 2017 00:58:00       Americredit Financial Services, Inc.,
                 PO Box 183853,   Arlington TX 76096
13874746        EDI: AIS.COM Jan 07 2017 00:58:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
13896394       +E-mail/Text: bncmail@w-legal.com Jan 07 2017 01:21:27       CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13931751        EDI: BL-BECKET.COM Jan 07 2017 00:58:00       Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
13870768       +E-mail/Text: bankruptcy@cavps.com Jan 07 2017 01:21:37       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13869414       +E-mail/Text: matthartweg@cbjcredit.com Jan 07 2017 01:21:48       Cbj Credit Recovery,
                 117 West 4th Street,   Jamestown, NY 14701-5005
13869416       +EDI: WFNNB.COM Jan 07 2017 00:58:00       Comenity Bank / Victoria Secret,
                 220 West Schrock Road,   Westerville, OH 43081-2873
13869420       +E-mail/Text: bknotice@erccollections.com Jan 07 2017 01:21:24       Enhanced Recovery Corporation,
                 Attention: Client Services,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
13869422       +E-mail/Text: kthomas@eriefcu.org Jan 07 2017 01:21:01       Erie Federal Credit Union,
                 1109 East 38th Street,   Erie, PA 16504-1845
13869424       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 07 2017 01:21:24       First Energy,
                 Revenue Assurance,   1310 Fairmont Avenue,    Fairmont, WV 26554-3526
13869425       +EDI: AMINFOFP.COM Jan 07 2017 00:58:00       First Premier Bank,    3820 North Louise Avenue,
                 Sioux Falls, SD 57107-0145
13869426       +EDI: RMSC.COM Jan 07 2017 00:58:00       GE Capital Retail Bank / Care Credit,    Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
13869427       +EDI: PHINAMERI.COM Jan 07 2017 00:58:00       Gm Financial,   Po Box 181145,
                 Arlington, TX 76096-1145
13869428       +EDI: IIC9.COM Jan 07 2017 00:58:00       IC Systems, Inc.,    Attn: Bankruptcy,
                 444 Highway 96 East,   PO Box 64378,    St. Paul, MN 55164-0378
13936408        EDI: JEFFERSONCAP.COM Jan 07 2017 00:58:00       Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
```

```
District/off: 0315-1                  User: jmar                    Page 2 of 2                    Date Rcvd: Jan 06, 2017
                                      Form ID: 309                  Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13869430       +EDI: CBSKOHLS.COM Jan 07 2017 00:58:00      Kohls / Capone,   Po Box 3115,
                 Milwaukee, WI 53201-3115
13869431       +E-mail/Text: Bankruptcy@natfuel.com Jan 07 2017 01:21:19      National Fuel,   1100 State Street,
                 Erie, PA 16501-1912
13894950       +E-mail/Text: csidl@sbcglobal.net Jan 07 2017 01:21:39      Premier Bankcard/Charter,
                 P.O. Box 2208,   Vacaville, CA 95696-8208
13881459        EDI: Q3G.COM Jan 07 2017 00:58:00      Quantum3 Group LLC as agent for,   CF Medical LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
13885786        EDI: Q3G.COM Jan 07 2017 00:58:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
13941975       +EDI: BANKAMER.COM Jan 07 2017 00:58:00      The Bank of New York Mellon,
                 c/o Bank of America, N.A.,   Attn: Bankruptcy Dept.,   400 National Way,
                 Mail Stop CA6-919-01-23,   Simi Valley, CA 93065-6414
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon
cr              The Bank of New York Mellon fka The Bank of of New
cr*            +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*             ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
cr            ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13869417      ##+Commercial Acceptance,   2 West Main Street,   Shiremanstown, PA 17011-6326
                                                                                             TOTALS: 2, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2017 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor   The Bank of New York Mellon fka The Bank of of New York
           alubin@milsteadlaw.com, bkecf@milsteadlaw.com
          Daniel P. Foster    on behalf of Joint Debtor April Christine Brown dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Nathan Charles Brown dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   The Bank of New York Mellon bkgroup@kmllawgroup.com
          Matthew Christian Waldt    on behalf of Creditor   The Bank of New York Mellon fka The Bank of of
           New York mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```