**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

NATHAN CHARLES BROWN
APRIL CHRISTINE BROWN
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:14-10673 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/10/2014 and confirmed on 10/23/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 35,945.09 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,945.09 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,716.83 | |
|   Trustee Fee | 1,346.14 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,062.97 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 1465 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 1465 | 14,275.16 | 14,275.16 | 0.00 | 14,275.16 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 1465 | 0.00 | 4,713.63 | 0.00 | 4,713.63 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 1465 | 0.00 | 0.00 | 0.00 | 0.00 |
|   AMERICREDIT FINANCIAL SVCS INC DBA G<br>    Acct: 7229 | 22,169.94 | 9,639.79 | 2,253.54 | 11,893.33 |
|   ERIE COMMUNITY CU<br>    Acct: 7002 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 30,882.12 |
| Priority | | | | |
|   DANIEL P FOSTER ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   NATHAN CHARLES BROWN<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,565.00 | 2,716.83 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 650.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1465 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ECMC(*) | 9,659.51 | 0.00 | 0.00 | 0.00 |
| Acct: 4418 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ECMC(*) | 13,442.04 | 0.00 | 0.00 | 0.00 |
| Acct: 8954 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0292 | | | | |
| PENNSYLVANIA ELECTRIC/PENELEC - A F | 1,851.58 | 0.00 | 0.00 | 0.00 |
| Acct: 1660 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 530.73 | 0.00 | 0.00 | 0.00 |
| Acct: 1820 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDIC | 964.65 | 0.00 | 0.00 | 0.00 |
| Acct: 6465 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3796 | | | | |
| SAINT VINCENT HEALTH CENTER | 2,514.47 | 0.00 | 0.00 | 0.00 |
| Acct: 8954 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0579 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7186 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4197 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4198 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5116 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1314 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7530 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7262 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3628 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3545 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3712 | | | | |
| CTECH COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1272 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 784.27 | 0.00 | 0.00 | 0.00 |
| Acct: 1170 | | | | |
| US DEPARTMENT OF EDUCATION | 14,716.06 | 0.00 | 0.00 | 0.00 |
| Acct: 8954 | | | | |

| 14-10673 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   FEDERAL LOAN SERVICING<br>    Acct: 0004 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FEDERAL LOAN SERVICING<br>    Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FEDERAL LOAN SERVICING<br>    Acct: 0002 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FEDERAL LOAN SERVICING<br>    Acct: 0003 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PREMIER BANKCARD/CHARTER<br>    Acct: 5986 | 445.31 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 8001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CAPITAL ONE NA**<br>    Acct: 7406 | 445.35 | 0.00 | 0.00 | 0.00 |
|   NATIONAL FUEL GAS DISTRIB CORP<br>    Acct: 9426 | 1,028.95 | 0.00 | 0.00 | 0.00 |
|   US DEPARTMENT OF EDUCATION**<br>    Acct: 4418 | 29,428.46 | 0.00 | 0.00 | 0.00 |
|   CAVALRY SPV I LLC - ASSIGNEE(*)<br>    Acct: 0495 | 600.93 | 0.00 | 0.00 | 0.00 |
|   CERASTES LLC<br>    Acct: 6829 | 0.00 | 0.00 | 0.00 | 0.00 |
|   JEFFERSON CAPITAL SYSTEMS LLC*<br>    Acct: 6829 | 1,441.94 | 0.00 | 0.00 | 0.00 |
|   JOSHUA I GOLDMAN ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                    30,882.12

TOTAL CLAIMED
| PRIORITY | 650.00 |
| SECURED | 36,445.10 |
| UNSECURED | 77.854.25 |

Date: 02/09/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com