UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 14-10673 |
| NATHAN CHARLES BROWN, | : |
| APRIL CHRISTINE BROWN, | : THE HONORABLE THOMAS P. AGRESTI |
|     Debtors. | : |
| | : CHAPTER 13 |
| SAINT VINCENT HEALTH CENTER, d/b/a | : |
| SAINT VINCENT HOSPITAL, | : RELATED TO DOCUMENT NO. 157 & 159 |
| | : |
|     Movant, | : |
| | : |
| v. | : |
| | : |
| NATHAN CHARLES BROWN. | : |
| APRIL CHRISTINE BROWN, | : |
|     Respondents. | : |

**CERTIFICATE OF SERVICE**

    I, Michael P. Kruszewski, Esquire, certify under penalty of perjury that I served the above-captioned pleading, Order at Document No. 159, on the parties at the addresses on the attached matrix, on the 25th day of March, 2019, by regular First Class United States mail or other method as described on the attached list.

                                                                                   Respectfully submitted,

                                                                                   THE QUINN LAW FIRM

                                         BY:    /s/Michael P. Kruszewski
                                                      Michael P. Kruszewski, Esquire
                                                      PA Id. No. 91239
                                                      2222 West Grandview Boulevard
                                                      Erie, Pennsylvania 16506-4508
                                                      Telephone: 814-833-2222
                                                      Facsimile: 814-833-6753
                                                      mkruszewski@quinnfirm.com
                                                      Counsel for Saint Vincent Health Center,
                                                      d/b/a Saint Vincent Hospital

#01200968

The following parties were served via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ect@usdoj.gov |
| Ronda J. Winnecour, Esquire (cmecf@chapter13trusteewdpa.com) |
| Daniel P. Foster, Esq.;  dan@mrdebtbuster.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| Nathan Charles Brown<br>527 Memory Court<br>Girard, PA 16417 | April Christine Brown<br>9127 Dover Lane<br>Girard, PA 16417 |

The Motion to Reopen and Request to Restrict Access to Claim at Document No. 157 was returned by the Post Office as undeliverable in regards to Nathan Charles Brown.  A search for an updated address was successful and the Motion to Reopen and Request to Restrict Access to Claim and Order at Document No. 159 were both reserved on April 15, 2019 as follows:

| | |
|---|---|
| Nathan Charles Brown<br>9689 Mohawk Road<br>Girard, PA 16417 | |